IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 10-0864-TUC-JMR(DTF) |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| Fernando Abraham Figueroa, | ) | |
| | ) | |
| Defendant(s). | ) | |

_____

The District Court, having independently reviewed the pleadings in the court file in this matter, and the Report and Recommendation of the Magistrate Judge, no objections having been filed by counsel of record,

**IT IS ORDERED** that the District Court **ADOPTS** the well-reasoned Report and Recommendation of the Magistrate Judge dated December 15, 2010.

The Motion to Suppress Statements (Doc. 52) is DENIED.

This case remains set for trial on January 11, 2011.

DATED this 5th day of January, 2011.

_____
John M. Roll
Chief United States District Judge